FILED
SUPERIOR COURT
OF GUAM

2018 JUN 14 PM 1: 58

CLERK OF COURT
BY:_____

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| IN THE MATTER OF THE ESTATES, | ) PR0024-55 |
| | ) PR0065-75 |
| OF | ) |
| | ) |
| JUAN TORRES IGLESIAS and | ) DECISION AND ORDER |
| CONCOLACION G. IGLESIAS | ) |
| | ) |
| Decedents. | ) |
| | ) |

## INTRODUCTION

This matter is before the Honorable Michael J. Bordallo on the Estates of Juan Torres Iglesias and Consolacion G. Iglesias's Petition for Final Distribution. John Peter Iglesias Santos and Cynthia Jackson Blas ("Petitioners") serve as the Administrators of the Estates of Juan Torres Iglesias and Consolacion G. Iglesias. Patria Untalan Sablan ("Patria") is an heir of the estate and represents herself. The Administrators, on behalf of the Estate, also appear *pro se*. After carefully reviewing the moving papers, arguments, record and applicable law, the Court issues the following Decision and Order.

## BACKGROUND

This matter arises out of the administration of the Estates of Juan Torres Iglesias and Consolacion G. Iglesias. The Administrators filed a First and Final Account and Report of Administrator and Petition for Final Distribution on December 19, 2017. On February 6, 2018, the Court received an Objection to the Petition for Final Distribution from Patria Untalan Sablan, an heir to the Estates. The Administrators filed a Response to the Objection on March

7, 2018. An Amended First and Final Account and Report of Administrators and Petition for Final Distribution was filed by Administrators on April 13, 2018.

## FACTS

1. Juan Torres Iglesias ("Juan") died on Guam on November 21, 1954.
2. Consolacion G. Iglesias ("Consolacion") died on Guam on January 9, 1974.
3. Juan and Consolacion were husband and wife.
4. Both Juan and Consolacion died intestate.
5. This Court issued a Decision and Order appointing Petitioners as co-administrators of the estates of Juan and Consolacion on November 21, 2014.
6. On December 19, 2017, Petitioners filed a First and Final Account and Report of Administrators and Petition for Final Distribution. The Petition lists the heirs to the Estates and assets to be distributed.
7. On February 6, 2018, Patria filed an Objection, alleging that the Petition was deficient in that not all heirs were notified of this matter and not all assets of the Estates were addressed.
8. On March 7, 2018, Petitioners filed a Response to Patria's Objection.
9. Section 9 of the original Petition states the following: "Character of Estate Property. The Estate of Decedent is to be distributed to the surviving heirs, as indicated in this filing." On April 13, 2018, Petitioners filed an Amended Petition which expands Section 9 by listing the assets held by the Iglesias Corporation.

## ISSUE

1. Whether all heirs were properly notified of the Petition.
2. Whether the Petition properly addressed all assets of the Estates.

## DISCUSSION

**Notification of Heirs**

Guam law provides that, upon the filing of a petition for letters of administration, the Petitioner is to give notice to each person named as an heir. 15 G.C.A. § 3401. Patria alleges that Petitioners failed to notify three heirs of the Petition. These heirs are Drucilla Untalan, Sharon Iglesias, and Ramona Munnerlyn. Petitioners have provided the Court

with a signed return receipt which demonstrates that Sharon Iglesias was properly notified of these proceedings. Resp. to Obj., Ex. A (Mar. 7, 201). Petitioners claim that they have been unable to obtain the mailing addresses for Drucilla Untalan and Ramona Munnerlyn despite reasonable attempts having been made. Response at 2 (Mar. 7, 2018).

Petitioners complied with the publication requirement of Section 3401 by publishing the Notice of Hearing on First and Final Account in the Guam Daily Post for three weeks in January 2018. Decl. of Publication (Feb. 6, 2018). Petitioners also posted the Notice of Hearing in three public places within the village of Agana Heights. Decl. of Posting (Feb. 5, 2018).

**Assets of the Estates**

Patria alleges that the following items were not properly addressed as assets of the Estates:

    A.  Rents from Estate property leased by Mobil Oil Guam.

    B.  Estate funds held in the name of Iglesias Corporation.

    C.  Accounting for Lot No. 54-5NEW, Agana Heights (two houses) (fee simple).

    D.  Accounting for Lot No. 193, Yona, Guam (fee simple).

    E.  Accounting for Lot No. 1266-1, Agana, Guam (fee simple).

Petitioners maintain that the only assets to distribute from the Estate of Consolacion are the remaining 759 shares in Iglesias Corporation. While not specified in the original Petition, the Amended Petition provided a list of Iglesias Corporation's assets, which include the assets which Patria claims had not been accounted for by Petitioners.

    A.  <u>Rents from Estate property leased by Mobil Oil Guam.</u>

Mobil Oil leases Lot No. 1266-1, which is owned by the Iglesias Corporation. The rents from Mobil Oil therefore flow to the Iglesias Corporation's trust account and have been accounted for by the Office of the Public Guardian, which has been managing the Estate's trust account since 2004. These rents are included in the Amended First and Final Account under Section 9(a).

    B.  <u>Estate funds held in the name of Iglesias Corporation.</u>

Estate funds which are held in the name of the Iglesias Corporation have been included in the Amended First and Final Account under Section 9(a).

C. <u>Accounting for the three lots owned by Iglesias Corporation.</u>

Lots No. 54-5NEW, 193, and 1266-1 are owned by the Iglesias Corporation. These lots are included in the Amended First and Final Account under Section 9(b)-(e).

## CONCLUSION AND ORDER

Based on the forgoing, the Court rules that Petitioners have met their statutory obligation to notify heirs. The Court further rules that the assets named by Patria have all been properly addressed by Petitioners as assets of the Estates. Therefore, the Court grants the Petition for Final Distribution subject to Petitioners' payment of the appropriate fees and closing costs.

SO ORDERED, this __14__ day of __June__ 2017.

SERVICE VIA COURT BOX

I acknowledge that a copy of the original hereto was placed in the court box of:

Date:_____ Time:_____

Deputy Clerk, Superior Court of Guam.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam